IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>CARA A. EHEGARTNER, Individually and; and TWISTED VINE, LLC, an unknown business entity; <br><br>Defendants. | **8:18CV75** <br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's anticipated motion for summary judgment on the statute of limitations issue shall be filed on or before May 7, 2018, with the timing of responsive briefing and any reply governed by this court's local rules.

2) If the motion for summary judgment is denied:
   a. Within seven days after the court's ruling, the parties shall serve their mandatory disclosures; and
   b. Within two weeks after the court's ruling, the parties shall set a conference with the undersigned magistrate judge to discuss further case progression deadlines and their respective positions on early settlement discussions.

April 19, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge